FILED ____ ENTERED
LODGED ____ RECEIVED

APR 10 2025

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Paula L. McCandlis

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

STEVEN GOLDSTINE,

Defendant.

NO. 25-MJ-196

MOTION FOR DETENTION

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f),

1.  **Eligibility of Case.**  This case is eligible for a detention order because this case involves (check all that apply):

    ☐   Crime of violence (18 U.S.C. § 3156).

    ☐   Crime of Terrorism (18 U.S.C. § 2332b (g)(5)(B)) with a maximum sentence of ten years or more.

    ☐   Crime with a maximum sentence of life imprisonment or death.

    ☐   Drug offense with a maximum sentence of ten years or more.

DETENTION MOTION - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| | ☐ | Felony offense and defendant has two prior convictions in the four categories above, or two State convictions that would otherwise fall within these four categories if federal jurisdiction had existed |
| | ☐ | Felony offense involving a minor victim other than a crime of violence. |
| | ☒ | Felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C. § 921), or any other dangerous weapon. |
| | ☐ | Felony offense other than a crime of violence that involves a failure to register as a Sex Offender (18 U.S.C. § 2250). |
| | ☒ | Serious risk the defendant will flee. |
| | ☒ | Serious risk of obstruction of justice, including intimidation of a Prospective witness or juror. |

2.  **Reason for Detention.**  The Court should detain defendant because there are no conditions of release which will reasonably assure (check both):

| | | |
|---|---|---|
| | ☒ | Defendant's appearance as required. |
| | ☒ | Safety of any other person and the community. |

3.  **Rebuttable Presumption.**  The United States will invoke the rebuttable presumption against defendant under § 3142(e). The presumption applies because:

| | | |
|---|---|---|
| | ☐ | Probable cause to believe defendant committed offense within five years of release following conviction for a qualifying offense committed while on pretrial release. |
| | ☐ | Probable cause to believe defendant committed drug offense with a maximum sentence of ten years or more. |
| | ☐ | Probable cause to believe defendant committed a violation of one of the following offenses: 18 U.S.C. §§ 924(c), 956 (conspiracy to murder or kidnap), 2332b (act of terrorism), 2332b(g)(5)(B) (crime of terrorism). |

☐  Probable cause to believe defendant committed an offense involving a victim under the age of 18 under 18 U.S.C. §§1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) through 2252(a)(3), 2252A(a)(1) through 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

4. **Time for Detention Hearing.** The United States requests the Court conduct the detention hearing:

☐  At the initial appearance

☒  After a continuance of 3 days (not more than 3)

DATED this 10th day of April, 2025.

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

/s/ Jessica M. Manca
JESSICA M. MANCA
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-4397
Fax: 206-553-0755
Email: Jessica.Manca@usdoj.gov