

01

02

03

04

05

06        UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
07                   AT SEATTLE

08  UNITED STATES OF AMERICA,          **)**
                                        **)**    CASE NO. MJ25-196
09          Plaintiff,                  **)**
                                        **)**
10          v.                          **)**
                                        **)**    DETENTION ORDER
11  STEVEN GOLDSTINE,                   **)**
                                        **)**
12          Defendant.                  **)**
    _____     **)**

13

14

Offenses charged:
15

16      1.  Unlawful Possession of a Destructive Device

17      2.  Unlawful Possession of Ammunition

18      3.  Unlawful Possession of a Firearm

Date of Detention Hearing:    April 15, 2025.
19

20          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

21  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

22  that no condition or combination of conditions which defendant can meet will reasonably assure

01  the appearance of defendant as required and the safety of other persons and the community.

02  FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

03      1.      Defendant has a significant criminal record that spans more than 30 years,

04  including convictions for arson, burglary, assault and escape.   In the instant case, Defendant's

05  alleged use of a destructive device with a time delay poses an extreme danger to the community,

06  in addition to the allegation that he brandished a firearm while driving near a crowd.   The

07  weight of the evidence, the least factor the Court considers, also supports detention.   In

08  addition, the alleged offenses occurred while the Defendant was under Court supervision.

09      2.      Defendant poses a risk of nonappearance based on his previous escape

10  conviction and a prior failure to appear.   Defendant poses a significant risk of danger to the

11  community based on his pattern of violent conduct and the nature of the charges.

12      3.      There does not appear to be any condition or combination of conditions that will

13  reasonably assure the defendant's appearance at future Court hearings while addressing the

14  danger to other persons or the community.

15  It is therefore ORDERED:

16  1.  Defendant shall be detained pending trial, and committed to the custody of the Attorney

17      General for confinement in a correction facility, to the extent practicable, from persons

18      awaiting or serving sentences or being held in custody pending appeal;

19  2.  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

20  3.  On order of the United States or on request of an attorney for the Government, the person

21      in charge of the corrections facility in which defendant is confined shall deliver the

22      defendant to a United States Marshal for the purpose of an appearance in connection with a

DETENTION ORDER
PAGE -2

01    court proceeding; and

02    4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

03        the defendant, to the United States Marshal, and to the United State Probation Services

04        Officer.

05        DATED this 15th day of April, 2025.

06

07                                    S. KATE VAUGHAN
                                      United States Magistrate Judge

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3